IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAXINE BENKWITH, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:04-CV-00623-MEF-DRB |
| ) | WO |
| MATRIXX INITIATIVES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R ON MOTION

*Defendants' Motion to Compel Production of All Data and Information Considered by Plaintiff's Expert* (Doc. 60, March 9, 2006) complains that "Plaintiff's expert disclosures are incomplete and deficient because they contain numerous references to documents, materials, photographs and other tangible items which were considered by Plaintiff's experts but were not produced" though "defendants have previously requested this information from Plaintiff through requests for production." (*Mot.*, ¶ 11). Defendants desire the requested information and materials, "*inter alia*, to decide whether depositions of [the experts, Bruce W. Jafek and Miriam R. Linschoten] are necessary." (*Mot.*, ¶ 12).

*Plaintiff Maxine Benkwith's Single Response to the Court's Show Cause Order and the Defendants' Motion to Compel* (Doc. 62, Mar. 16, 2006) advises that, "to plaintiff's counsel's knowledge", their experts relied only on plaintiff's medical records, delivered to defendants' attorneys on September 1, 2005. With respect to the experts' references in their reports to "documents, materials, photographs, and other tangible items which were reviewed and/or

considered" – described in Paragraphs 6 and 7 of Defendants' Motion – Plaintiff's counsel denies ever having possession of the referenced data and reports a request to the experts for such data.

After due consideration of the *Motion* and *Response*, it is, for good cause,

**ORDERED** that *Defendants' Motion to Compel* is due to be, and is hereby, **GRANTED** to the extent that Plaintiff shall deliver to Defendants' counsel, not later than March 27, 2006, all of the data and information considered by Plaintiff's experts, Bruce W. Jafek and Miriam R. Linschoten, including the specific data and information referenced in their reports and described in Paragraphs 6 and 7 of Defendants' *Motion.*

Done this 20th day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE