IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAXINE BENKWITH, individually and on behalf of all other similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:04-cv-623-MEF (WO) |
| MATRIXX INITIATIVES, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of

Defendants Matrixx Initiatives, Inc., Zicam, LLC, Botanical Laboratories, Inc., and

McKesson Corporation, and against Plaintiff Maxine Benkwith, with Plaintiff taking

nothing by her claims.

(2) Costs are TAXED in favor of Defendants Matrixx Initiatives, Inc., Zicam,

LLC, Botanical Laboratories, Inc., and McKesson Corporation, and against Plaintiff

Maxine Benkwith for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil

docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure and to close this file.

DONE this the 27th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE